NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

HECKMANN BUILDING PRODUCTS, INC.,
*Plaintiff-Appellant,*

AND

MASONRY TIE SYSTEM, INC.,
*Plaintiff,*

v.

HOHMANN & BARNARD, INC.,
*Defendant-Appellee,*

AND

BLOK-LOK LIMITED,
DRISCOLL SALES & DISTRIBUTING, LLC,
AND LIGHTHOUSE MASONRY, INC.,
*Defendants.*

---

2012-1521

---

Appeal from the United States District Court for the Northern District of Illinois in case no. 10-CV-4262, Judge Morton Denlow.

---

## ON MOTION

---

## ORDER

Heckmann Building Products, Inc. moves for a 60-day extension of time to file its opening brief due to settlement negotiations.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that Heckmann's opening brief is due November 13, 2012.

FOR THE COURT

SEP 1 0 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  David C. McLauchlan, Esq.
     Keith A. Rabenberg, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 0 2012

JAN HORBALY
CLERK